The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Nos. CR09-257 JLR |
|---|---|
| Plaintiff | CR09-436 JLR |
| v. | CR06-5528 JLR |
| LUKE ELLIOTT SOMMER, | [~~PROPOSED~~] JLR ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
| Defendant. | |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states: IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Opposition to Luke Elliott Sommer's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) that does not exceed 22 pages in length.

DATED this 12th day of August, 2022.

_____
JAMES L. ROBART
United States District Court Judge

Presented by:

*s/ Teal Luthy Miller*
Teal Luthy Miller
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
FILE A BRIEF IN EXCESS OF TWELVE PAGES - 1
U.S. v. Sommer, CR09-257JLR, CR09-436JLR, CR06-5528 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060) 553-7970