The Honorable James L. Robart

1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
8                                      AT SEATTLE

9

10   UNITED STATES OF AMERICA,                    Nos. CR09-257 JLR
                                                       CR09-436 JLR
11                 Plaintiff,                          CR06-5528 JLR

12                                                [PROPOSED] ORDER GRANTING
13          v.                                    MOTION TO SEAL EXHIBIT B TO
                                                  UNITED STATES' OPPOSITION TO
14                                                DEFENDANT'S MOTION FOR
     LUKE ELLIOTT SOMMER,                         COMPASSIONATE RELEASE
15                                                PURSUANT TO 18 U.S.C.
                   Defendant.                     § 3582(c)(1)(A)
16

17

18          This matter has come before the Court on the motion to seal Exhibit B to United

19   States' Opposition to Defendant's Motion for Compassionate Release Pursuant to

20   18 U.S.C. § 3582(c)(1)(A).   The Court has reviewed the motion and records in this case

21   and finds there are compelling reasons to permit the filing under seal of the Exhibit B to

22   United States' Opposition to Defendant's Motion for Compassionate Release Pursuant to

23   18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

     //
24
     //
25
     //
26
     //
27

     Sealing Order                          - 1           UNITED STATES ATTORNEY
     U.S. v. Sommer, CR09-257JLR, CR09-436JLR, CR06-5528JLR   700 STEWART STREET, SUITE 5220
                                                          SEATTLE, WASHINGTON 98101
                                                             (206) 553-7970

IT IS HEREBY ORDERED that Exhibit B to United States' Opposition

Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)

be filed under seal.

DATED this 12 day of August, 2022.

JAMES L. ROBART
United States District Court Judge

Presented by:

*/s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney

Sealing Order                                   - 2
*U.S. v. Sommer,* CR09-257JLR, CR09-436JLR, CR06-5528JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970